FILED: December 30, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 24-2047
(1:23-cv-00041-MFU-CKM)

_____

DYANIE BERMEO

       Plaintiff - Appellant

v.

BLAKE ANDIS, Sheriff; JAMIE BLEVINS, Captain; SCOTT ADKINS, Detective; BRAD ROOP, Detective

       Defendants - Appellees

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the district court order entered August 16, 2024, is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK